01

02

03

04

05

06                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08   UNITED STATES OF AMERICA,          )    CASE NO. 06-583M
                                        )
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )    DETENTION ORDER
11   VALENTIN MERCADO-SANCHEZ           )
                                        )
12          Defendant.                  )
     _____   )

13

14   Offense charged:

15          Conspiracy to Distribute Methamphetamine; Distribution of Methamphetamine (two

16   counts); Possession with Intent to Distribute Methamphetamine

17   Date of Detention Hearing:    October 31, 2006

18          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20   that no condition or combination of conditions which defendant can meet will reasonably assure

21   the appearance of defendant as required and the safety of other persons and the community.

22   / / /

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 1

01         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02         (1)      Defendant is reportedly a citizen of Mexico.

03         (2)      The United States alleges that his presence in this country is illegal.  There is an

04 immigration detainer pending against him.  The issue of detention in this case is therefore

05 essentially moot, as the defendant would be released to immigration custody if not detained in this

06 case.

07         (3)      Defendant and his counsel offer no opposition to the entry of an order of detention.

08         (4)      Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

09 Therefore, there is limited information available about him.

10         (5)      There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

12 to other persons or the community.

13 It is therefore ORDERED:

14         (1)      Defendant shall be detained pending trial and committed to the custody of the

15                Attorney General for confinement in a correction facility separate, to the extent

16                practicable, from persons awaiting or serving sentences or being held in custody

17                pending appeal;

18         (2)      Defendant shall be afforded reasonable opportunity for private consultation with

19                counsel;

20         (3)      On order of a court of the United States or on request of an attorney for the

21                Government, the person in charge of the corrections facility in which defendant is

22                confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER                                    15.13
18 U.S.C. § 3142(i)                                 Rev. 1/91
PAGE 2

01    an appearance in connection with a court proceeding; and

02    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

03    counsel for the defendant, to the United States Marshal, and to the United States

04    Pretrial Services Officer.

05    DATED this 31st day of October, 2006.

06

07    Mary Alice Theiler
       United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22